No. 534. ELLIS N. BLACK v. LURA W. BLACK. Error to the Supreme Court of the State of Ohio. Motion to

dismiss submitted January 12, 1925. Decided January 19, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. *Mr. Frank Davis, Jr.,* for defendant in error, in support of the motion. *Mr. John S. Black,* for plaintiff in error, in opposition to the motion.

———

No. 165. O. H. CHRISP *v.* JAMES C. DAVIS, DIRECTOR GENERAL, AS AGENT. Error to the Supreme Court of the State of Arkansas. Submitted January 14, 1925. Decided January 19, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. *Mr. Leslie C. Garnett* and *Mr. J. Merrick Moore* for plaintiff in error. *Mr. A. A. McLaughlin* for defendant in error.